# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ROWDY DANE BROCK,<br>                        Plaintiff,<br>    vs.<br><br>WASHINTON STATE DEPARTMENT OF<br>CORRECTIONS a government corporation;<br>ELDON VAIL, Interim Director for Washington<br>State Department of Corrections; IDA<br>RUDOLPH-LEGGETT, Washington State<br>Administrator for the Interstate Compact<br>Commission; JOE VANBUSKIRK, Community<br>Corrections Officer; ANDREA GALANDO,<br>Hearings Officer; TOM GRABSKI, Community<br>Corrections Officer; OREGON STATE<br>DEPARTMENT OF CORRECTIONS a<br>government corporation; MAX WILLIAMS,<br>Director of the Oregon State Department of<br>Corrections; and BILL JEFFREYS, Probation<br>and Parole Officer.<br>                      Defendants. | No. 3:08-cv-05167-RBL<br><br>ORDER GRANTING PLAINTIFF'S<br>MOTION TO DISMISS AGAINST<br>DEFENDANT ELDON VAIL |

       This matter came before the court on Plaintiff's Motion to Dismiss Against Defendant

Eldon Vail. The court having considered that motion and the record and file herein, it is hereby

       ORDERED that Plaintiff's Motion to Dismiss Against Defendant Eldon Vail is

GRANTED. It is further ordered that this case be dismissed against Defendant Vail

WITHOUT PREJUDICE.

IT IS SO ORDERED,


Dated this 23rd day of September, 2008


_Ronald B. Leighton_
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE


Respectfully submitted,



s/ Rowdy Dane Brock
Rowdy D. Brock
Plaintiff, Pro Se
503 SE 5th Ave
Canby, OR 97013
(503) 764-5182
brock@umpire.com

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION
TO DISMISS AGAINST DEFENDANT ELDON VAIL - 2

ROWDY D. BROCK
503 SE 5th Ave.
Canby, OR 97013
(503) 764-5182