1  HONORABLE RONALD B. LEIGHTON

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT
                   WESTERN DISTRICT OF WASHINGTON
9                              AT TACOMA

10  ROWDY DANE BROCK,

11              Plaintiff,                    Case No. C08-5167RBL

12        v.                                  ORDER

13  WASHINGTON STATE DEPARTMENT
    OF CORRECTIONS, a government
14  corporation; IDA RUDOLPH-LEGGETT,
    Washington State Administrator for the
15  Interstate Compact Commission; JOE
    VANBUSKIRK, Community Corrections
16  Officer; ANDREA GALANDO, Hearings
    Officer; and TOM GRABSKI, Community
17  Corrections Officer,

18              Defendants.

19

20        THIS MATTER comes on before the above-entitled Court upon Plaintiff's Motion for Defendant

21  Washington Department of Corrections to Provide Plaintiff With His Department of Corrections File and

22  All Other Requested Documents Without Cost [Dkt. #50], and Motion for Montana Department of

23  Corrections to Provide Plaintiff His Montana Department of Corrections File and All Other Requested

24  Documents Without Cost [Dkt. #51]. Having considered the entirety of the records and file herein, the

25  Court finds and rules as follows:

26        Plaintiff seeks a copy of his Washington Department of Corrections file, but does not want to pay

27  the Defendant for the cost of reproducing the file. He asserts that he is indigent and is proceeding *in

28  forma pauperis* in this case, thereby entitling him to pass the cost of this lawsuit on to the Defendants.

1   Title 28 U.S.C. §1915(a)(1) provides that the Court may authorize a litigant to commence an action

2   "without prepayment of fees or security therefor. . . ."  The fee is the filing fee.  A person who is

3   proceeding under this section also may be liable for costs if he does not prevail, 28 U.S.C. §1915(f)(1)

4   and must reimburse the United States for the fees and costs incurred from costs he is awarded if he

5   prevails.  CR 3(b)(2), Local Rules W.D. Wash.  Under §1915 and CR 3(b)(3), Local Rules W.D. Wash.,

6   the plaintiff is entitled to have the United States Marshal pay any necessary witness fees.  Thus, what

7   Plaintiff is entitled to when proceeding *in forma pauperis* in this Court is the United States foregoing the

8   collection of certain fees and incurring certain enumerated costs.  Plaintiff's *in forma pauperis* status does

9   not permit him to shift the cost of discovery and other costs of prosecuting his civil lawsuit to the

10  Defendants.  Plaintiff's motion as to the Washington Department of Corrections [Dkt. #50] is **DENIED.**

11          Plaintiff also seeks his Montana Department of Corrections file.  The Montana Department of

12  Corrections is not a defendant in this matter and the Court lacks jurisdiction over them.  Plaintiff's motion

13  as to the Montana Department of Corrections [Dkt. #51] is **DENIED.**

14          **IT IS SO ORDERED.**

15          The Clerk shall send uncertified copies of this order to all counsel of record, and to any party

16  appearing pro se.

17          Dated this 25th day of March, 2009.

18

19          _____
            RONALD B. LEIGHTON
20          UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26

27

28