HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ROWDY DANE BROCK,

    Plaintiff,

v.

WASHINGTON STATE DEPARTMENT
OF CORRECTIONS, et al,

    Defendants.

Case No. C08-5167RBL

ORDER

THIS MATTER comes on before the above-entitled Court upon the Washington State Defendants' Motion for Summary Judgment [Dkt. #59]. Having considered the entirety of the records and file herein, the Court finds and rules as follows:

The Washington State Defendants' Motion for Summary Judgment is **GRANTED**. This brief order is being entered now so that the parties may cease trial preparation. A detailed order setting forth the Court's reasoning will be issued in the near future. The time for appeal under Fed. R. App. P. 4 will not begin to run until the Court's detailed order is entered.

**IT IS SO ORDERED.**

Dated this 18th day of September, 2009.

*/s/ Ronald B. Leighton*
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1