# United States District Court

WESTERN DISTRICT OF WASHINGTON

ROWDY DANE BROCK

v.

WASHINGTON STATE DEPARTMENT
OF CORRECTIONS, *et al.,*

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C08-5167RBL

__ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the defendants' motion for summary judgment [dkt #59] is **GRANTED.** All claims against all remaining defendants are **DISMISSED**.

| October 21, 2009 | BRUCE RIFKIN |
|---|---|
| Date | Clerk |

*s/CM Gonzalez*
Deputy Clerk